# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **OLIVE SHADE LLC** § | |
| § | |
| Plaintiff, § | C.A. NO.   17-CV-00690-VAC-MPT |
| § | |
| v. § | JURY TRIAL DEMANDED |
| § | |
| **CAREFUSION CORP.** § | |
| § | |
| Defendant. § | |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Olive Shade LLC and Defendant, pursuant to Fed. R. Civ. P. 41 (a), hereby move for an order dismissing all claims between them in this action WITH PREJUDICE, with each party to bear its own costs, expenses and attorney's fees.

Dated: June 8, 2018

/s/ *Stamatios Stamoulis*
Stamatios Stamoulis
*Stamatios Stamoulis #4606*
**STAMOULIS & WEINBLATT LLC**
stamoulis@swdelaw.com
*Richard C. Weinblatt #5080*
weinblatt@swdelaw.com
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Telephone: (302) 999-1540

Eugenio J. Torres-Oyola
USDC No. 215505
**Ferraiuoli LLC**
221 Plaza, 5th Floor
221 Ponce de León Avenue
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: etorres@ferraiuoli.com

Jean G. Vidal Font
USDC No. 227811
**Ferraiuoli LLC**

<table>
<tr><td></td><td>221 Plaza, 5th Floor<br>221 Ponce de León Avenue<br>San Juan, PR 00917<br>Telephone: (787) 766-7000<br>Facsimile: (787) 766-7001<br>Email: jvidal@ferraiuoli.com<br><br>***ATTORNEYS FOR PLAINTIFF***<br>***Olive Shade LLC***</td></tr>
<tr><td>Dated: June 8, 2018</td><td>MCCARTER & ENGLISH, LLP<br><br>By: /s/ Brian Lemon (#4730)<br>Renaissance Centre<br>405 N King Street, 8th Floor<br>Wilmington, DE 19801<br>(302) 984-6300<br>(302) 691-2911<br>blemon@mccarter.com<br><br>***ATTORNEYS FOR DEFENDANT***<br>***CareFusion Corp.***</td></tr>
</table>

Of Counsel:

Scott S. Christie
Olga Ugolev
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry St.
Newark, NJ 07102
(973) 848-5388
schristie@mccarter.com
ougolev@mccarter.com

**SO ORDERED,** this _____ day of _____, 2018.

_____
United States District Court Judge